**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**RENO, NEVADA**

| | |
|---|---|
| GILBERT PALIOTTA,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, et al.,<br><br>    Defendants. | 3:11-cv-00121-ECR-WGC<br><br><br><br>**Order** |

On January 5, 2012, the Magistrate Judge filed a Report and Recommendation (#61) recommending that Defendants' Motion for Summary Judgment (#23) be granted, Plaintiff's Cross-Motion for Summary Judgment (#30) be denied, and that Defendants' motions to strike (##34, 38) be denied. On January 17, 2012, Plaintiff filed objections (#62) to the Report and Recommendation (#61). On January 27, 2012, Defendants filed a response (#63) to the objections (#62).

    The Magistrate Judge recommends granting Defendants' Motion for Summary Judgment (#23) because he concluded that Plaintiff was not denied procedural due process for his disciplinary conviction, which was supported by "some evidence." See Wapole v. Hill, 472 U.S. 445, 454-55 (1984). The Magistrate Judge also found that there is no evidence that Plaintiff was not provided with proper procedural protections with respect to his disciplinary segregation sanction.

1    Plaintiff's objections (#62) do not address the bases for the
2 Magistrate Judge's Report and Recommendation (#61) directly, but
3 rather reargue the same issues that were presented in Defendants'
4 Motion for Summary Judgment (#23). Plaintiff's objections (#62) do
5 not present any basis on which to reject the Report and
6 Recommendation (#61).

8    **IT IS, THEREFORE, HEREBY ORDERED** that the Report and
9 Recommendation (#61) is **APPROVED AND ADOPTED**.  Defendants' Motion
10 for Summary Judgment (#23) is **GRANTED**.  Plaintiff's Cross-Motion for
11 Summary Judgment (#30) is **DENIED**.  Defendants' motions to strike
12 (##34, 38) are **DENIED**.

14    The Clerk shall enter judgment accordingly.

16 DATED: February 17, 2012.

                                    _____
                                    UNITED STATES DISTRICT JUDGE

2