AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

GILBERT PALIOTTA,

    Plaintiff,

V.

STATE OF NEVADA, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  **3:11-CV-00121-ECR-WGC**

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment (#23) is **GRANTED**; and, Plaintiff's Cross-Motion for Summary Judgment (#30) is **DENIED**.

  February 21, 2012                                                    **LANCE S. WILSON**
                                                                                             Clerk

                                                                                                   /s/ D. R. Morgan
                                                                                               Deputy Clerk